# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action
No: 13-cv-11578-GAO

Brian Host
**Plaintiff**

v.

First Unum Life Insurance Company et al
**Defendant**

## ORDER OF REMAND

O'Toole, D.J.

In accordance with the Court's Opinion and Order [64] dated July 13, 2016, the above-entitled action is hereby REMANDED to the plan administrator for further proceedings consistent with this Opinion

By the Court,

/s/ Taylor Halley
Deputy Clerk

July 13, 2016